UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLOCKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES SADIGHI, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-0253 WBS DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendant used excessive force against him in violation of his Eighth Amendment rights. Presently before the court is defendant's motion to modify the discovery and scheduling order. (ECF No. 44.)

Defendant requests a forty-five-day extension of the dispositive motion deadline. Counsel for defendant states that defendant's retirement from California Department of Corrections and Rehabilitation employment and the COVID-19 pandemic have caused delays in acquiring necessary declarations and other information needed to complete a motion for summary judgment. Good cause having been shown, the court will grant the motion.

////

////

////

1

1    IT IS HEREBY ORDERED that defendant's motion to modify the Discovery and
2 Scheduling Order (ECF No. 44) is granted.  The deadline to file dispositive motions is extended
3 to July 13, 2020.
4 Dated: May 21, 2020

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/bloc0253.eot