UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLOCKER,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK PRICE,<br><br>Defendant. | No. 2:18-cv-00253 WBS DB<br><br><br>ORDER |

Plaintiff, Joshua Blocker, is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

In reviewing the parties' briefing on defendant's currently pending summary judgment motion, it appears that plaintiff may have omitted or failed to attach a document he intended to file with his opposition. In plaintiff's sur-reply[1], plaintiff states that he responded to the itemized facts in defendant's Statement of Undisputed Facts (DSUF) in the white space provided to the right of each fact on the DSUF. (EDF No. 52 at 2-3.) However, the only documents filed by plaintiff were his opposition brief and its associated exhibits. (ECF No. 49.)

////

---

[1] The filing of a sur-reply is not authorized by the Federal Rules of Civil Procedure or the Local Rules. See Fed. R. Civ. P. 12; Local Rule 230. Nonetheless, in light of plaintiff's pro se status, the undersigned has reviewed the sur-reply in evaluating defendant's motion for summary judgment.

1

To the extent plaintiff meant to include with his opposition a document containing his responses to the itemized facts in the DSUF, the court will provide plaintiff with additional time to submit it.  However, plaintiff is advised that this is not a second opportunity to oppose defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may submit his responses to the itemized list of facts in the defendant's Statement of Undisputed Facts, which plaintiff refers to in his sur-reply brief, within thirty days of service of this order; and

2. The Clerk of the Court is directed to send plaintiff a copy of defendant's Statement of Undisputed Facts (ECF No. 48-3) and plaintiff's opposition brief (ECF No. 49) along with this order.

Dated:  January 15, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:14
DLB1/orders/prisoner-civil rights/bloc0235.suf

2