UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLOCKER,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES SADIGHI, et al.,<br><br>    Defendants. | No. 2:18-cv-0253 WBS DB P<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendant used excessive force against him in violation of his Eighth Amendment rights. The court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Jeremy D. Peterson to conduct a settlement conference on August 11, 2021 at 10:00 a.m. The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference. The court will issue the order detailing the procedures for the settlement conference and the necessary transportation order in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Jeremy D. Peterson on August 11, 2021 at 10:00 a.m. The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.

1

2. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at California Men's Colony via facsimile at (805) 547-7791 or via email.

Dated: July 6, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/bloc0253.set.conf